UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| FIRST FRANKLIN FINANCIAL CORPORATION, | ) ) ) | |
| Plaintiff(s), | ) ) | |
| vs. | ) ) | Case No. 4:07CV1478 JCH |
| RESIDENTIAL TITLE SERVICES, INC., | ) ) | |
| Defendant(s). | ) | |

**JUDGMENT**

In accordance with the Memorandum and Order entered May 28, 2009, and incorporated

herein,

   **IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Defendant Residential

Title Services, Inc.'s Motion for Summary Judgment is **GRANTED**, and Plaintiff's First Amended

Complaint is dismissed with prejudice.

Dated this <u>12th</u> day of June, 2009.

                                        /s/ Jean C. Hamilton
                                        UNITED STATES DISTRICT JUDGE